

RECEIVED

JUN 0 6 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Plaintiff(s),

vs. *Alfonzo Jones*

Case No. _25-cv-2362-PAM/DJF_
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☑    NO ☐

Defendant(s).

(Enter the full name(s) of ALL defendants in
this lawsuit. Please attach additional sheets
if necessary). *Denny's (MiS InC), Maninder Trewn,*
*Andrew Cordle, Vianette Zuniga and Sania Bonner*

**COMPLAINT**

## PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

     Name *Alfonzo Jones*

     Street Address *6640 W Broadway Ave Apt.10*

     County, City *Ramsey, Roseville Hennepin, Brooklyn Park*

     State & Zip Code *Minnesota 55428*

     Telephone Number *952-288-8219*

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

   Name *Mi5 Inc*

   Street Address *2645 Twin Lakes PKWY*

   County, City *Ramsey, Roseville*

   State & Zip Code *Minnesota    55113*

   D. Defendant No. 4
   Name *Sania Bonner*

   E. Defendant No. 5
   Name *Maninder Trewn*

   b. Defendant No. 2

   Name *Vianette Zuniga*

   Street Address

   County, City

   State & Zip Code

   c. Defendant No. 3 *Andrew Cordie*

   Name

   Street Address

   County, City

   State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

2

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

    ☑ Federal Question          ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply. *Title VII of the civil rights act 1964 :4a U.S. Code 2000e. American with disabilites act (ADA) Title I :42 U.S. Code 12112. Civil Rights Act of 1866 (section )1981) :42 U.S. Code 1981.*

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    Plaintiff Name:                    State of Citizenship:

    Defendant No. 1:                    State of Citizenship:

    Defendant No. 2:                    State of Citizenship:

    **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
    **Check here if additional sheets of paper are attached.** ☐

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

    ☑ Defendant(s) reside in Minnesota    ☑ Facts alleged below primarily occurred in Minnesota

    ☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. I was employed Denny's (owned and operated by MiS inc) in Minnesota and consistently received positive feedback and performance evaluations.

8. While employed I was subjected to a hostile work environment created by the owner, management and employees, including Vianette Zuniga, Sania Bonner, Andrew Cordie and Maninder Trewn based who harassed me based on personal bias, race and disability.

9. I suffered a patella rupture and returned to work during recovery. I requested reasonable accomodations under (ADA), which were denied

10. Vianette, Sania and Andrew spread false information and harassed me. Their actions contributed to the hostile work environment and discriminatory treatment.

11. I was targeted because of a past consensual relationship with a former employee, which Andrew used against me. Andrew shared private information with Sania resulting in retaliation.

12. Maninder Trewn, the owner, was aware of my injury, work place issues, and the unjust treatment I experienced, yet failed to investigate. As an employer and owner, he is responsible for the discriminatory and retaliatory conduct allowed under his oversight.

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☑
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

1. Compensatory Damages
- Monetary damages in the amount of $1,000,000 for emotional distress, mental anguish, and pain cause by defendants discriminatory and retaliatory conduct.
- Monetary damages in the amount of $50,000 to punish defendants for lost wages and earning capacity due to wrongful termination/retaliation.

2. Punitive Damages • Punitive damages in the amount of $1,000,000 to punish defendants for their intentional and reckless misconduct and to deter similar future conduct by Denny's and its management.

Attorneys Fees

4

Continued Statement of the Claim

13. Denny's (Mi5 Inc.) as a corporate entity enabled and tolerated workplace discrimination, retaliation and disability rights violations. The organizition failed to enforce fair employement practices and policies protecting injured or marginalized workers.

14. Mutiple other employees engaged in inappropiate relationships with management and experienced no repercussions. Favoritism and racial bias played a role in how I was treated compared to others.

15. Andrew Cordie, despite a serious criminal history as a registered sex offender, was retained and protected by Denny's management, while I as a Black male with no criminal history was harassed, defamed and removed. This shows racial discrimination and selective enforcement of workplace policy.

16. The actions by all named defendants, including Maninder and Denny's (MI5 Inc), resulted in emotional distress, lost wages, reputational damage and futher hardship during my physical recovery

Signed this ___    day of 6/6/25

Signature of Plaintiff

Mailing Address
6640 W Broadway Ave    Apt. 10
Brooklyn Park, MN
55428
Telephone Number 952-288-8219

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5