# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Alfonzo Jones, | Case No. 25-CV-2362 (PAM/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Denny's Mi5 Inc., Maninder Trewn, Andrew Cordie, Vianette Zuniga, and Sania Bonner, | |
| Defendants. | |

The Court previously directed the Clerk of Court to seek waivers of service from each of the defendants, consistent with Rule 4(d) of the Federal Rules of Civil Procedure. More than 30 days have passed since waiver of service was requested, but none of the defendants has signed and returned the waiver of service form. Accordingly, the U.S. Marshals Service is now directed to effect service of process upon the defendants.

As the Court previously warned, if a defendant fails without good cause to sign and return a waiver within 30 days of the date that waiver is mailed, the Court will impose upon that defendant the expenses later incurred in making service. *See* Fed. R. Civ. P. 4(d)(2). The Court directs the U.S. Marshals Service to submit to the Court its reasonable expenses incurred in making service upon completing service of process. Absent a showing of good cause in declining to waive service of process, defendants will be ordered to reimburse the U.S. Marshals Service for those expenses. Defendants may avoid imposition of the costs of service by signing and returning the waiver before service of process is completed.

SO ORDERED.

Dated: August 25, 2025                    *s/ Dulce J. Foster*
                                                            Dulce J. Foster
                                                            United States Magistrate Judge